**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1347**

DEL WEBB COMMUNITIES, INC.; PULTEGROUP, INCORPORATED,

Plaintiffs - Appellees,

v.

ROGER F. CARLSON; MARY JO CARLSON,

Defendants - Appellants.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Patrick Michael Duffy, Senior District Judge. (9:14-cv-01877-PMD)

Submitted: September 26, 2017            Decided: October 13, 2017

Before GREGORY, Chief Judge, and TRAXLER and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Jefferson Leath, Jr., Michael S. Seekings, LEATH BOUCH & SEEKINGS, LLP, Charleston, South Carolina; Phillip Ward Segui, Jr., SEGUI LAW FIRM, PC, Mt. Pleasant, South Carolina, for Appellants. Robert L. Widener, MCNAIR LAW FIRM, P.A., Columbia, South Carolina; A. Victor Rawl, Jr., Henry W. Frampton, IV, MCNAIR LAW FIRM, P.A., Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger and Mary Jo Carlson ("Carlsons") appeal the district court's order granting summary judgment to Del Webb Communities, Inc., and its parent company, PulteGroup (together "Pulte"). We review the district court's grant of summary judgment to Pulte de novo. *Choice Hotels Int'l, Inc. v. Shiv Hosp., LLC*, 491 F.3d 171, 176 (4th Cir. 2007). We have considered the record and the Carlsons' appellate arguments and affirm for the reasons cited by the district court. *Del Webb* v. *Carlson*, No. 9:14-cv-01877-PMD (D.S.C. Feb. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*